SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
OTIS MCGEE JR., Cal. Bar No. 71885
DEBORAH L. MARTIN, Cal. Bar No. 172634
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RICHARD J. SIMMONS, Cal Bar No. 72666
333 S. Hope Street, 48th Floor
Los Angeles, CA 90071
Telephone: 213-620-1780
Facsimile: 213-620-1398

Attorneys for Defendants Alameda County Medical Center and Cambio Health Solutions, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE LEO, an individual, DEBRA VAILS-QUALTERS, an individual; KUWAZA IMARA, an individual; and PATRICE MELTON, an individual; *on behalf of themselves and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY MEDICAL CENTER, a special government district; CAMBIO HEALTH SOLUTIONS, LLC, a Delaware limited liability company, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. C 07-01684-SI<br><br>**STIPULATION TO DISMISSAL; [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

-1-

The parties, by and through their counsel of record, hereby stipulate that the above captioned action be and hereby is dismissed with prejudice as to the named plaintiffs pursuant to FRCP 41(a), with each party bearing its own costs and fees incurred in connection with this litigation.

Dated: April 18, 2007          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
Otis McGee Jr.
Deborah L. Martin
Attorneys for Defendants Alameda County Medical Center and Cambio Health Solutions, LLC

Dated: April ___, 2007

By _____
Hab Siam
Attorneys for Plaintiffs Jackie Leo, Debra Vails Qualters, Kuwaza Imara and Patrice Melton

IT IS HEREBY ORDERED that this lawsuit is dismissed with prejudice as to the named plaintiffs, with each party to bear its own fees and costs incurred herein.

Dated: _____, 2007      _____
The Honorable Susan Illston
U.S. District Court Judge

-2-

W02-WEST:4DLM1\400286149.1                    Stipulation and [Proposed] Order of Dismissal

The parties, by and through their counsel of record, hereby stipulate that the above captioned action be and hereby is dismissed with prejudice as to the named plaintiffs pursuant to FRCP 41(a), with each party bearing its own costs and fees incurred in connection with this litigation.

Dated: April __, 2007         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
Otis McGee Jr.
Deborah L. Martin
Attorneys for Defendants Alameda County Medical Center and Cambio Health Solutions, LLC

Dated: ~~April~~ May 17, 2007

By _____
Hab Siam
Attorneys for Plaintiffs Jackie Leo, Debra Vails Qualters, Kuwaza Imara and Patrice Melton

IT IS HEREBY ORDERED that this lawsuit is dismissed with prejudice as to the named plaintiffs, with each party to bear its own fees and costs incurred herein.

Dated: _____, 2007

_____
The Honorable Susan Illston
U.S. District Court Judge